**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:18-cv-02137-KES                                          Date: March 7, 2019

Title: JOSEPH SANCHEZ v. ARCO NO. 42622, et al.

PRESENT:

<u>THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE</u>

| <u>Jazmin Dorado</u> | <u>Not Present</u> |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**      Order to Show Cause Why Action Should Not Be Dismissed for Failure to Timely Serve Defendants

       Joseph Sanchez ("Plaintiff") filed this action on November 30, 2018. (Dkt. 1.) On December 3, 2018, at Plaintiff's request, the Clerk issued a 21-day summons directed to Defendants Arco No. 42622 and SNK Petro, Inc. (Dkt. 6.) Federal Rule of Civil Procedure 4(m) generally requires plaintiffs to serve defendants with process within 90 days after the complaint is filed. Although that 90-day deadline expired on February 28, 2019, Plaintiff has not filed any proof of service as of the date of this order.

       IT IS THEREFORE ORDERED that, **on or before March 21, 2019**, Plaintiff shall show cause why this action should not be dismissed without prejudice for failure to timely serve Defendants.

                                                                                                          Initials of Deputy Clerk <u>JD</u>